Evan Livingstone, SBN 252008
**LAW OFFICE OF EVAN LIVINGSTONE**
740 4th St, Ste 215
Santa Rosa, CA 95404
Tel.: (707) 206-6570
Fax: (707) 676-9112
Email: evan@evanlivingstone.com

Attorney for Plaintiffs Kathleen Figueiredo, Anne Kirchem

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATHLEEN FIGUEIREDO, ANNE KIRCHEM<br><br>Plaintiffs,<br><br>vs.<br><br>ENCLAVE APARTMENTS PROPERTY OWNER, LLC, JRK PROPERTY HOLDINGS, INC., I.Q. DATA INTERNATIONAL, INC.<br><br>Defendants. | Case No. 20-cv-2852<br><br>**COMPLAINT**<br><br>HOUSING DISCRIMINATION (FAIR HOUSING AMENDMENTS ACT OF 1988 – 42 U.S.C. § 3601, et. seq.)<br><br>FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692, et. seq.) |

Plaintiffs KATHLEEN FIGUEIREDO, ANNE KIRCHEM brings this Complaint against Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC, JRK PROPERTY HOLDINGS, INC., I.Q. DATA INTERNATIONAL, INC. and state as follows:

**I. INTRODUCTION**

1. This is an action for money damages for violation of the Fair Housing Amendments Act of 1988, 42 U.S.C. § 3601 et. seq., against Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC, and JRK PROPERTY HOLDINGS, INC. and for statutory damages for violation of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et. seq., against Defendant I.Q. DATA INTERNATIONAL, INC.

2. Plaintiff KATHLEEN FIGUEIRDO alleges that Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC, and JRK PROPERTY HOLDINGS, INC engaged in illegal conduct under the Fair Housing Act Amendments of 1988 by discriminating against

Complaint

Plaintiff on the basis of Plaintiff's mental and emotional condition, by refusing to provide for a reasonable accommodation for Plaintiff's disability in a real estate rental transaction in regard to the subject property which Plaintiff rented from Defendants which was located at 661 Lakevillle Circle, Petaluma, CA 94953 (the "Apartment").

3. Plaintiffs KATHLEEN FIGUEIREDO and ANNE KIRCHEM allege that Defendant I.Q. DATA INTERNATIONAL, INC. engaged in illegal conduct under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (the "FDCPA") which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

4. This court has original jurisdiction pursuant to 28 U.S.C. § 1331, 42 U.S.C. § 3613(a), and 15 U.S.C. § 1692k(d) over Plaintiffs' causes of action arising under the Fair Housing Act Amendments of 1988 and the FDCPA.

5. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

6. Venue lies in the United States District Court for the Northern District of California because, under 28 U.S.C. § 1391(b)(2), a substantial part of the acts and omissions giving rise to Plaintiffs' claims occurred in Sonoma County, California.

## III. PARTIES

7. Plaintiff KATHLEEN FIGUEIREDO is a natural person, residing in the County of Sonoma, California.

8. Plaintiff KATHLEEN FIGUEIREDO is a person with a disability as defined by 42 U.S.C. § 12102.

9. Plaintiff ANNE KIRCHEM is a natural person, residing in the County of Tehama, California.

10. Defendant ENCLAVE APARTMENTS PROPERTY OWNER, LLC, is a Delaware limited liability company.

11. Defendant JRK PROPERTY HOLDINGS, INC. is a California corporation.

12. Defendant I.Q. DATA INTERNATIONAL, INC. is a Washington corporation.

13. Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK

PROPERTY HOLDINGS, INC. are in the business of renting dwellings as defined by 42 U.S.C. § 3603(c).

14. Defendant I.Q. DATA INTERNATIONAL, INC. is a "debt collectors" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

### IV. FACTUAL ALLEGATIONS

<u>Fair Housing Violations</u>

15. In June 2018, Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC. agreed to rent to Plaintiff KATHLEEN FIGUEIREDO the Apartment located at 661 Lakevillle Circle, Petaluma, CA 94953.

16. Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC. initially agreed to accept KATHLEEN FIGUEIREDO'S Section 8 voucher.

17. After Plaintiff KATHLEEN FIGUEIREDO moved into the Apartment, Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC told Plaintiff KATHLEEN FIGUEIREDO that they would not accept her Section 8 voucher.

18. Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC told Plaintiff KATHLEEN FIGUEIREDO that she would have to procure a co-signer if she wanted to stay in the Apartment.

19. Plaintiff KATHLEEN FIGUEIREDO offered her mother, Plaintiff ANNE KIRCHEM, as a co-signer.

20. Plaintiff ANNE KIRCHEM never signed a lease with Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC.

21. Plaintiff KATHLEEN FIGUEIREDO's lease end date was June 30, 2019.

22. Plaintiff KATHLEEN FIGUEIREDO had to vacate the Apartment in January 2019 due to her disability related needs.

23. Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC. refused to make a reasonable accommodation for Plaintiff

KATHLEEN FIGUEIREDO's disability by releasing her from the remainder of her lease.

24. As a direct and proximate result of the acts described above, Plaintiff KATHLEEN FIGUEIREDO suffered housing discrimination by Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC. within the meaning of the Fair Housing Amendments Act of 1988.

<u>FDCPA Violations</u>

25. Beginning in February 2019, and continuing through the present, Defendant I.Q. DATA INTERNATIONAL, INC. sent Plaintiffs KATHLEEN FIGUEIREDO and ANNE KIRCHEM dunning collection letters claiming that Plaintiffs owed Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC. more than $14,000.

26. The collection letters Defendant I.Q. DATA INTERNATIONAL, INC. sent to Plaintiff ANNE KIRCHEM misrepresents the character and amount of the alleged debt ANNE KIRCHEM owes to Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC., because ANNE KIRCHEM did not sign a contract with those Defendants.

27. The collection letters Defendant I.Q. DATA INTERNATIONAL, INC. sent to Plaintiffs KATHLEEN FIGUEIREDO and ANNE KIRCHEM attempt to collect interest and other charges not authorized by Plaintiff's lease agreement.

28. The most recent communication from Defendant I.Q. DATA INTERNATIONAL, INC. to Plaintiffs regarding the allegedly owned debt occurred within the year prior to the filing of this complaint.

**V. CLAIMS FOR RELIEF**

**COUNT I**

HOUSING DISRCRIMINATION (42 U.S.C. § 3601, et. seq.)

(Against Defendants Enclave Apartments Property Owner, LLC, JRK Property Holdings, Inc.)

29. Plaintiffs hereby incorporate all the foregoing allegations as though fully set forth herein.

30. The Fair Housing Amendments Act of 1988, 42 U.S.C. § 3604(f)(3)(B) provides that illegal housing discrimination includes "a refusal to make reasonable accommodations in rules, policies, practices, or services, when such accommodations may be necessary to afford such person equal opportunity to use and enjoy a dwelling."

31. In refusing to release Plaintiff KATHLEEN FIGUEIREDO from her lease early, Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC violated the Fair Housing Amendments Act of 1988.

32. As a result of Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC violated the Fair Housing Amendments Act of 1988, Plaintiff KATHLEEN FIGUEIREDO suffered actual damages of at least $25,000, in an amount to be proved at trial.

## COUNT II

FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. § 1692)

(Against Defendant I.Q. Data International, Inc.)

33. Plaintiffs hereby incorporate all the foregoing allegations as though fully set forth herein.

34. Defendant I.Q. DATA INTERNATIONAL, INC. violated the FDCPA, 15 U.S.C. § 1692f, by using unfair and unconscionable means to collect a debt allegedly owed by the Plaintiffs, including the collecting and attempting to collect of interest and other charges not authorized by Plaintiff's lease agreement, or otherwise legally chargeable to the Plaintiffs, as more fully set forth above.

35. Defendant I.Q. DATA INTERNATIONAL, INC. violated the FDCPA, 15 U.S.C. § 1692e(2)(A), by misrepresenting the character, amount and legal status of the Plaintiff ANNE KIRCHEM's debt, as she was never a signatory to any contract with Defendants ENCLAVE APARTMENTS PROPERTY OWNER, LLC and JRK PROPERTY HOLDINGS, INC.

36. Defendant I.Q. DATA INTERNATIONAL, INC's acts as described above were done intentionally with the purpose of coercing Plaintiffs to pay the alleged debt.

## VI. DEMAND FOR JURY TRIAL

Plaintiffs hereby demands a jury trial, pursuant to the Seventh Amendment to the Constitution of the United States, as to all claims for damages.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully prays that judgment be entered against the Defendants for the following:

1. Declaratory judgment that Defendants' conduct violated the Fair Housing Amendments Act of 1988;
2. Declaratory judgment that Defendants' conduct violated the FDCPA;
3. Actual damages of $25,000, in an amount to be proved at trial pursuant to the Fair Housing Amendments Act of 1988, 42 U.S.C. § 3613(c)(1);
4. Statutory damages pursuant to the FDCPA, 15 U.S.C. § 1692k;
5. Reasonable attorney fees pursuant to 42 U.S.C. § 3613(c)(2) and 15 U.S.C. § 1692k;
6. Costs of suit; and
7. For such other and further relief as may be just and proper.

Dated: April 24, 2020

Law Office of Evan Livingstone

/s/Evan Livingstone
Evan Livingstone, Attorney for Plaintiff
Kathleen Figueiredo, Anne Kirchem

Complaint