**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
Attorneys at Law
1400 E. Southern Ave., Suite 400
Tempe, Arizona 85282-5691
(480) 427-2800, Facsimile (480) 427-2801
minuteentries@carpenterhazlewood.com
Erin.Mcmanis@carpenterhazlewood.com
Erin E. McManis – 294869
Michelle.Wellnitz@carpenterhazlewood.com
Michelle B. Wellnitz – 326065
BRITGLOBAL.IQDATA.19
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN FIGUEIREDO, ANNE KIRCHEM,<br><br>**Plaintiffs,**<br><br>vs.<br><br>ENCLAVE APARTMENTS PROPERTY OWNER, LLC; JRK PROPERTY HOLDINGS, INC.; IQ DATA INTERNATIONAL, INC.,<br><br>**Defendants.** | Case No. 3:20-cv-02852-TSH<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the Parties in the above-captioned case have reached a settlement.  Defendant IQ Data International, Inc. requests that this Honorable Court vacate all pending hearing and conference dates and allow sixty (60) days with which to file dispositive documentation.  This Court shall retain jurisdiction over this matter until full resolved.

///

///

///

RESPECTFULLY SUBMITTED this 10th day of June 2020.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: /s/ Michelle B. Wellnitz
Erin E. McManis, Esq.
Michelle B. Wellnitz, Esq.
1400 E. Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorney for Defendant I.Q. Data International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020 I transmitted the original attached document to the Clerk's Office using the CM/ECF System for filing and mailed copies of the attached document to the following registrants:

Evan Livingstone, Esq.
Law Office of Evan Livingstone
740 4th Street, Ste. 215
Santa Rosa, CA 95404
*Attorneys for Plaintiffs*

Laura E. McSwiggin
Epport, Richman & Robbins, LLP
1875 Century Park East, Suite 800
Los Angeles, CA  90067
*Attorneys for Defendants JRK Property Holdings, Inc. and*
*Enclave Apartments Property Owner, LLC*

By*: /s/ Theresa Laubenthal*