UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN FIGUEIREDO, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ENCLAVE APARTMENTS PROPERTY OWNER, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-02852-TSH<br><br>**ORDER RE: NOTICE OF SETTLEMENT** |

The Court has been informed that the above-entitled action has settled. ECF No. 8. Accordingly, the Court **VACATES** all pending deadlines. The parties shall file a dismissal or joint status report by August 10, 2020. No chambers copy is required.

**IT IS SO ORDERED.**

Dated: June 10, 2020

THOMAS S. HIXSON
United States Magistrate Judge