1  Evan Livingstone, SBN 252008
   **LAW OFFICE OF EVAN LIVINGSTONE**
2  740 4th St, Ste 215
   Santa Rosa, CA 95404
3  Tel.: (707) 206-6570
   Fax: (707) 676-9112
4  Email: evan@evanlivingstone.com

5  Attorney for Plaintiffs Kathleen Figueiredo, Anne Kirchem

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | KATHLEEN FIGUEIREDO, ANNE KIRCHEM | Case No. 20-cv-2852 TSH |
   |---|---|
   | Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
   | vs. | |
   | ENCLAVE APARTMENTS PROPERTY OWNER, LLC, JRK PROPERTY HOLDINGS, INC., I.Q. DATA INTERNATIONAL, INC. | |
   | Defendants. | |

18 TO THE COURT, ALL DEFENDANTS AND THEIR ATTORNEYS:

19     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs KATHLEEN

20 FIGUEIREDO, ANNE KIRCHEM hereby file this notice of dismissal of this action against all

21 Defendants without court order as allowed before the opposing parties have served a response.

22     Dismissal is with prejudice.

23

24

25 Dated: June 30, 2020                    Law Office of Evan Livingstone

26

27                                         /s/Evan Livingstone
                                           Evan Livingstone, Attorney for Plaintiff
                                           Kathleen Figueiredo, Anne Kirchem
28